# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| DENISE BLOMKER, | Civil No. 14-174 (JRT/TNL) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| SALLY JEWELL, Secretary of the United States Department of the Interior, | |
| Defendants. | |

_____

Denise Blomker, 1546 Clemson Drive, Eagan, MN 55122, *pro se* plaintiff,

D. Gerald Wilhelm, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendant.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated January 22, 2015 [Docket No. 38], along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Default Judgment [Docket No. 26] is **DENIED**.

2. Defendant's Motion to Dismiss/Motion to Dismiss for Lack of Jurisdiction [Docket No. 17] is **GRANTED**; and

3. This action is **DISMISSED**.

   **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 26, 2015       s/John R. Tunheim
at Minneapolis, Minnesota       JOHN R. TUNHEIM
                                United States District Judge